JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA N., an individual,

      Plaintiff,

  vs.

CITY OF SAN BERNARDINO, a government entity; SONNY AGUILERA, an individual,

      Defendants.

Case No.: 5:24-cv-01593-KK-AGR
Assigned to: Hon. Kenly Kiya Kato

**JUDGMENT**

[NOTE CHANGES BY COURT]

This action came on regularly for trial on December 1, 2025 before the Honorable Kenly Kiya Kato, Judge presiding.  The parties agreed to waive jury and the matter proceeded as a bench trial.  Plaintiff, Christina N. was represented by trial counsel Robert R. Clayton and D. Aaron Brock.  Defendant, City of San Bernardino was represented by trial counsel Ruth M. Bond and Jennifer K. Berneking.

Evidence was presented and heard on December 1, 3, and 5, 2025.  Witnesses were sworn and testified.  After hearing the evidence, the Court ordered the parties to submit proposed findings of facts and conclusions of laws which both sides timely submitted.

Having considered all the evidence, the Court found Plaintiff had carried her burden of proof for negligence, sexual battery, false imprisonment, and violation of the Bane Act against defendant Sonny Aguilera.

Having determined the tortious conduct of defendant Sonny Aguilera was an outgrowth of, and broadly incidental to, his employment as a police officer for defendant City of San Bernardino, the Court found that defendant City of San Bernardino is vicariously liable for the tortious conduct of Sonny Aguilera.

The Court also considered the testimony and evidence regarding Plaintiff's damages.

It appearing by reason of the evidence and the Court's findings of law and conclusions of fact that Plaintiff CHRISTINA N. is entitled to judgment against Defendants Sonny Aguilera and the City of San Bernardino.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff CHRISTINA N. shall have judgment against Defendants Sonny Aguilera and the City of San Bernardino jointly and severally in the sum of $600,000.00 in past non-economic damages and $1,400,000.00 in future non-economic damages for a total judgment of $2,000,000.00 with interest thereon at the statutory rate from the date of the entry of the judgment until paid in full, together with costs and disbursements and attorney's fees in an amount to be determined by the Court after the presentation of evidence regarding the same.

Dated:  April 29, 2026

Judge of the U.S. District Court

2

JUDGMENT