**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA N., an individual,<br>Plaintiff,<br>vs.<br>CITY OF SAN BERNARDINO, a government entity;<br>SONNY AGUILERA, an individual,<br>Defendants. | Case No.: 5:24-cv-01593-KK-AGR<br>Assigned to: Hon. Kenly Kiya Kato<br><br>**JUDGMENT IN A CIVIL ACTION** |

This action came on regularly for trial on December 1, 2025, before the Honorable Kenly Kiya Kato, Judge presiding. The parties agreed to waive jury and the matter proceeded as a bench trial.

Plaintiff, Christina N., was represented by trial counsel Robert R. Clayton and D. Aaron Brock. Defendant City of San Bernardino was represented by trial counsel Ruth M. Bond and Jennifer K. Berneking.

Evidence was presented and heard on December 1, 3, and 5, 2025.

Witnesses were sworn and testified. After hearing the evidence, the Court

ordered the parties to submit proposed findings of facts and conclusions of laws which both sides timely submitted.

On April 6, 2026, the Court issued an Order setting forth Findings of Fact and Conclusions of Law. Having considered all the evidence, the Court found Plaintiff had carried her burden of proof for negligence, sexual battery, false imprisonment, and violation of the Bane Act against Sonny Aguilera.

Having determined the tortious conduct of Sonny Aguilera was an outgrowth of, and broadly incidental to, his employment as a police officer for the City of San Bernardino, the Court found that the City of San Bernardino is vicariously liable for the tortious conduct of Sonny Aguilera.

The Court also considered the testimony and evidence regarding Plaintiff's damages.

On April 29, 2026, the Court entered judgment in favor of Plaintiff and against Defendants Sonny Aguilera and City of San Bernardino in the amount of $2,000,000. The City of San Bernardino filed a timely Motion to Amend the Court's Findings of Fact and Conclusions of Law.

On August 5, 2026, the Court issued Amended Findings of Fact.

On August 5, 2026, the Court entered its order granting Plaintiff's motion for attorney's fees as the prevailing party, awarding $949,384.37.

Under Federal Rule of Civil Procedure 54(d), Plaintiff is also awarded $30,774.06 in costs.

This Judgment is entered to incorporate these awards.

Therefore, Plaintiff, CHRISTINA N., is entitled to judgment as set forth below.

///

///

///

///

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff, CHRISTINA N., shall have judgment against Defendants SONNY AGUILERA and CITY OF SAN BERNARDINO, jointly and severally, in the sum of **Two Million Nine Hundred Eighty Thousand One Hundred Fifty-Eight Dollars and Forty-Three Cents ($2,980,158.43)**, consisting of:

$600,000 in past non-economic damages;
$1,400,000 in future non-economic damages;
$30,774.06 in prevailing party costs; and
$949,384.37 in prevailing party attorney's fees.

IT IS FURTHER ORDERED that the $2,000,000 past and future non-economic damages portion of this Judgment shall bear post-judgment interest pursuant to 28 U.S.C. § 1961 at the rate of 3.72 percent per annum, or $203.84 per day, from April 29, 2026, the date of entry of judgment, until paid in full.

IT IS FURTHER ORDERED that the $980,158.43 in prevailing party attorney's fees and costs awarded herein shall bear post-judgment interest pursuant to 28 U.S.C. § 1961 at the rate of 4.03 percent per annum, or $108.22 per day, from August 5, 2026, the date of entry of the order awarding those fees, until paid in full.

IT IS SO ORDERED.

Dated: August 24, 2026

Judge of the U.S. District Court