**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** CENTRAL DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 5:24-cv-01593-KK-AGR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/29/2024

Date of judgment or order you are appealing: 8/24/2026; 4/29/2026; 10/16/2025

Docket entry number of judgment or order you are appealing: 57, 117, 121, 146, 147, 151

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

City of San Bernardino

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

†

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Ruth M. Bond **Date** Aug 26, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

City of San Bernardino

Name(s) of counsel (if any):

Irma Rodriguez Moisa, Ruth Bond, Jennifer Berneking, Mae G. Alberto
ATKINSON, ANDELSON, LOYA, RUUD & ROMO

Address: 12800 Center Court Drive South, Ste. 300, Cerritos, CA 90703

Telephone number(s): (562) 653-3200

Email(s): IMoisa@aalrr.com, Ruth.Bond@aalrr.com, Jennifer.Berneking@aalrr.com, Mae.Alberto@aalrr.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Christina N.

Name(s) of counsel (if any):

Robert R. Clayton, D. Aaron Brock, Andrew S. Pletcher
BROCK & GONZALES

Address: 6701 Center Drive West, Ste. 610, Los Angeles, CA 90045

Telephone number(s): (310) 294-9595

Email(s): rc@brockgonzales.com; ab@brockgonzales.com; ap@brockgonzales.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Christina N.

Name(s) of counsel (if any):

Louanne Masry
MASRY LAW FIRM, APC

Address: 2629 Townsgate Road, Suite 205, Westlake Village, CA 91361

Telephone number(s): (805) 719-3550

Email(s): Masry@MasryLaw.com

Name(s) of party/parties:

†

Name(s) of counsel (if any):

†

Address:

Telephone number(s):

Email(s):